CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED

JUN 24 2026

BY: _____ CLERK
LAURA A. AUSTIN, CLERK
DEPUTY CLERK

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## ABINGDON DIVISION

IN THE MATTER OF THE          )          Case No. 1:26mj32
ARREST OF                     )
                              )
Shaun Horton                  )

## AFFIDAVIT IN SUPPORT OF
## CRIMINAL COMPLAINT

I, Stephen Levesque, Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives, being duly sworn, do depose and state as follows:

## INTRODUCTION

1. I am a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and have been employed since 2007. I received my training at the Federal Law Enforcement Training Center (FLETC) and ATF National Academy in Brunswick, Georgia. At the ATF National Academy, we trained in various investigative techniques to include preparing a proper criminal complaint. During my training at FLETC and the ATF National Academy I received specialized training in the Controlled Substances Act, Title 21, United States Code, including, but not limited to Sections 841(a)(1) and 846.

2. Prior to my ATF training, I received a Bachelor of Science Degree in Criminal Justice from Radford University (2004) and a Master of Science Degree in Criminal Justice and Police Studies from Eastern Kentucky University (2006). I have successfully completed a basic law enforcement academy with the Newport News, Virginia Police Department.

3. I know according to Title 18, U.S.C. Section 115(a)(1)(B), it is unlawful for any person to threaten to assault, kidnap, or murder a federal law enforcement officer with the intent to impede, intimidate, or interfere with such law enforcement officer while engaged in the performance of official duties, or with the intent to retaliate against such law enforcement officer on account of the performance of official duties.

4. The statements contained in this affidavit are based in part on my participation in this investigation as well as other law enforcement officers' information who were present during the encounter described below.

1

## OVERT ACTS SUPPORTING PROBABLE CAUSE

5. On June 24, 2026, federal agents with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) set out to serve an arrest warrant that had been issued for Amanda Horton by the United States District Court for the Western District of Virginia. Accompanying ATF Agents on the arrest operation was Russell County Sheriff's Office Investigator Bender.

6. On June 24, 2026, at 8:22 a.m., ATF SA Levesque and SA Vines walked up to the side entrance of Amanda Horton's residence located in the Raven area of Russell County, Virginia, which is located in the Western District of Virginia. Both Agent Levesque and Agent Vines were wearing a police vest with the marking "Police" on the front of the vest. Additionally, both agents had their badges displayed on their belt. Agent Levesque knocked on the door, and moments later, Shaun HORTON opened the door. HORTON opened the door only enough to get his head around the door. SA Levesque told HORTON he needed to speak with Amanda (Amanda Horton). Shaun HORTON shut the door without further discussion. At approximately 8:25 a.m., Shaun HORTON opened the door and walked onto the porch. HORTON asked SA Levesque what he wanted. SA Levesque told HORTON he needed to speak with her (Amanda). Shaun HORTON replied, "About what?" SA Levesque told HORTON that it was between him and Amanda. SA Levesque further explained to HORTON that "they" did not want to come inside and that Amanda just needed to come to the door. HORTON stepped back inside the house and partially closed the door. HORTON stated, "*If you all come inside were going to have a fucking shoot out. I can tell you that right no*w." I told HORTON that there was an arrest warrant for Amanda and she needed to come outside. HORTON closed the door to the residence.

7. After HORTON went back inside the residence, ATF SA Tabor activated his blue lights on his unmarked police car and began periodically activating his siren and horn.

8. At approximately 08:30 a.m., ATF SA Gonzalves observed Shaun HORTON spread the curtain of a side window where agents were standing. Through the window, agents heard Shaun HORTON state something to the effect of: If you come in, I'll shoot your fucking ass.

9. At 8:29 a.m., SA Vines walked to an adjacent residence and spoke with a female who identified herself as HORTON's mother. SA Vines identified himself to HORTON's mother and explained the situation. SA Vines asked her to call HORTON in an attempt to talk to HORTON and calm him down safely. HORTON's mother placed a call to HORTON and there was no answer. HORTON's mother left a voicemail. HORTON's mother made a second attempt to call HORTON. HORTON answered the phone. SA Vines identified himself to HORTON. HORTON stated, "*Fuck you. I don't need to hear from you mother fucker.*" SA Vines asked HORTON if he would listen to what SA Vines had to say. HORTON stated, "*I don't need to fucking hear a fucking word you got to say mother fucker.*" SA Vines explained to HORTON that Amanda had an arrest warrant and she would go in front of a Judge and have a bond hearing. SA Vines explained to HORTON that Amanda did not have a criminal history and

2

could possibly get a bond and come home. SA Vines attempted to explain to HORTON that his comment about having a shootout would make the situation worse and HORTON interrupted SA Vines and stated, *"That's what...Yeah I meant every fucking word of it."* SA Vines explained to HORTON that he (HORTON) was holding Amanda inside and she had an arrest warrant. SA Vines told HORTON that the situation was unnecessary. HORTON stated, *"I'm ready to put agents down."* SA Vines confirmed with HORTON that he said he wanted to *"Put agents down."* HORTON replied, *"If that's what I have to do, yeah."* HORTON'S mother began pleading with him. SA Vines explained to HORTON that it was an arrest warrant and it was not worth it. HORTON replied, *"I know it."* HORTON's mother and SA Vines continued to plead with HORTON with the hope of calming him down and peacefully resolving the situation. HORTON'S mother told him he had other options. HORTON replied, *"I mean hunny I got other options I can shoot it out with these mother fuckers as far as that's concerned."* HORTON's mother continued to plead with HORTON by explaining the problems it would cause and the effect it would have on his children if the situation escalated. SA Vines also continued to plead with HORTON. HORTON appeared to calm down and told his mother and SA Vines to *"Give me a minute."* At 8:37 a.m., the telephone call ended.

10. At approximately 8:41 a.m., HORTON came to the door and told agents to give Amanda a minute. HORTON went back inside. At 8:52 a.m., HORTON, through an open window, told agents that Amanda was putting some clothes on and combing her hair. At 8:54 a.m., Amanda spoke to the agents through an open window and stated she just got out of the shower and would be out in five minutes. At 8:59 a.m., SA Tabor made an announcement on the loudspeaker for Amanda and Shaun HORTON to come out of the residence. Amanda came to the open window. SA Levesque told Amanda she needed to come outside. Amanda said that she was talking to her child. SA Levesque told Amanda that law enforcement had been there for 30 minutes waiting on her to come out and explained to her that she had an arrest warrant. Amanda told SA Levesque that she was talking to her children and to give her a second. At 9:02 a.m., SA Tabor used the loudspeaker to instruct Amanda to exit the residence, informing her there was federal arrest warrant issued for her arrest. At 9:04 a.m., Shaun HORTON was instructed to exit the residence when Amanda exited the residence. At 9:05 a.m., Amanda exited the residence and was taken into custody. Shaun HORTON exited the residence onto the side porch. Shaun HORTON was detained due to the threats he made to federal agents. Agent Gonzalves read to Shaun HORTON his Miranda Rights. Shaun HORTON was asked if there were any weapons inside the residence. Shaun HORTON stated there was a "9mm and a couple .22's" inside the residence.

11. Based on the above facts, I believe there is probable cause that Shaun HORTON violated Title 18, U.S.C. Section 115(a)(1)(B) when he threatened to shoot federal law enforcement officers while they were engaged in the performance of their official duties.

3

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed on _____ , 2026, in Abingdon, Virginia.


_____
Stephen H. Levesque, Special Agent (ATF)

_____
Date


Subscribed and sworn to before me, this the _____ day of _____ , 2026 in Abingdon, Virginia.

_____
Pamela Meade Sargent
United States Magistrate Judge
Western District of Virginia

4