CLERKS OFFICE US DISTRICT COURT
AT ABINGDON, VA
FILED
June 25, 2026
LAURA A. AUSTIN, CLERK
BY: /s/ Kendra Campbell
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**ABINGDON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **Criminal Case No. 1:26mj00032-001** |
| **v.** | ) | **ORDER OF DETENTION** |
| | ) | |
| **SHAUN ROSS HORTON,** | ) | **By: Pamela Meade Sargent** |
| **Defendant** | ) | **United States Magistrate Judge** |

In accordance with the Bail Reform Act, 18 U.S.C. § 3142, a detention hearing was scheduled to be held in this matter on June 25, 2026. At this hearing, defense counsel announced that the defendant is not seeking pretrial release at this time. Therefore, the defendant shall be detained pending further order of the court.

**Directions Regarding Detention**

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**ENTERED**:June 25, 2026.

/s/ Pamela Meade Sargent

UNITED STATES MAGISTRATE JUDGE